# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>BETH MARIE JONES,<br><br>Defendant. | CR 25-142-BLG-WWM<br><br>PRELIMINARY ORDER OF FORFEITURE |

Before the Court is the United States of America's Unopposed Motion for Preliminary Order of Forfeiture (Doc. 37) pursuant to Fed. R. Crim. P. 32.2(b). Defendant Beth Marie Jones has been adjudged guilty as charged to Possession with Intent to Distribute Controlled Substances, in violation of 21 U.S.C. § 841(a)(1), as charged in Count 1 of the Indictment, and Possession of a Firearm in Furtherance of a Drug Trafficking Offense, in violation of 18 U.S.C. § 924(c)(1)(A)(i), as charged in Count 2. Defendant's guilty plea provides a factual basis and cause to issue an order or forfeiture in accordance with Federal Rule of Criminal Procedure 32.2(b).

Accordingly, **IT IS ORDERED** that the Motion is **GRANTED**:

**IT IS FURTHER ORDERED** that Defendant Beth Marie Jones' interest in the following property is forfeited to the United States pursuant to 21 U.S.C. §§ 853(a)(1)-(2) & 881(a)(11) and 18 U.S.C. § 924(d):

- Hi-Point, model C-9, 9mm caliber pistol, S/N: P10199904; and
- Miscellaneous associated firearm accessories and ammunition, including 9 rounds of 9mm caliber ammunition.

**IT IS FURTHER ORDERED** that the United States Marshals Service, the Bureau of Alcohol, Tobacco, Firearms & Explosives, and/or a designated sub-custodian, is directed to seize the property subject to forfeiture and further to make a return as provided by law;

**IT IS FURTHER ORDERED** that the United States will provide written notice to all third parties with a potential legal interest in any of the above-described property, and will also post on an official government internet site (www.forfeiture.gov), for at least 30 consecutive days, notice of the Court's Preliminary Order and the United States' intent to dispose of the property in such manner as the Attorney General may direct, as required by 21 U.S.C. § 853(n)(1) and Federal Rule of Criminal Procedure 32.2(b)(6), and to make its return to this Court that such action has been completed; and

**IT IS FURTHER ORDERED** that upon adjudication of all third-party interests, if any, the Court will enter a final order of forfeiture.

The Clerk of Court is directed to notify the parties of the making of this Order.

DATED this 20th day of February, 2026.

_____
WILLIAM W. MERCER
UNITED STATES DISTRICT JUDGE